# EXHIBIT A

Law Enforcement, Public Safety, First Responders

private security, to include public and private hazardous material responders, air medical service providers (pilots and supporting technicians), corrections, and search and rescue personnel.

- 911 call center employees (including telecommunicators, dispatchers and managers) and Public Safety Answering Points and other police communication facilities who can't perform their duties remotely.
- Fusion Center employees.
- Workers – including contracted vendors -- who maintain, manufacture, or supply equipment and services supporting law enforcement emergency service and response operations (to include electronic security and life safety security personnel)
- Workers supporting the manufacturing of safety equipment and uniforms for law enforcement, public safety personnel, and first responders.
- **Workers supporting the operation of firearm or ammunition product manufacturers, retailers, importers, distributors, and shooting ranges**
- Public agency workers responding to abuse and neglect of children, elders, and dependent adults.
- Workers who support weather disaster / natural hazard mitigation and prevention activities.

# EXHIBIT B

 **Maura Healey**
@MassAGO

Gun shops and shooting ranges are NOT essential businesses during a public health emergency. We cannot undermine the safety of our police officers, first responders, and domestic violence victims.

 1                                                                 1 Comment

 Like             Comment             Share

# EXHIBIT C

 Maura Healey
@MassAGO

Gun shops and shooting ranges are NOT essential businesses during a public health emergency. We cannot undermine the safety of our police officers, first responders, and domestic violence victims.

*Maura says no state should use a crisis to push an idealogical agenda AS SHE USES IT TO PUSH HER AGENDA*

 Maura Healey @MassAGO · Mar 25
I'm grateful to the abortion providers in Massachusetts who are working throughout this pandemic. Abortion is essential health care. No state should use this crisis to push an ideological agenda.



 4

 Like   Comment   Share

# EXHIBIT D



# TOWN OF MIDDLEBOROUGH
# HEALTH DEPARTMENT

## IMMEDIATE CEASE AND DESIST ORDER

This IMMEDIATE CEASE AND DESIST ORDER is issued to:
Name of Establishment – **Brophy's Fine Firearms**
Address – 121 Wood Street, Middleborough, MA 02346
Date – **April 9, 2020**

WHEREAS, on March 11, 2020, the World Health Organization characterized the COVID-19 outbreak as a pandemic; and

WHEREAS, on March 10, 2020, the Governor of the Commonwealth of Massachusetts issued a Declaration of a State of Emergency to Respond to COVID-19; and

WHEREAS, on March 13, 2020, the President of the United States issued a Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak; and

WHEREAS, on **March 20, 2020**, the **town of Middleborough**, through the **Board of Health/ Board of selectmen** has determined that COVID-19 poses a significant, immediate threat to the public health, safety, and welfare of people residing both within and outside the **town of Middleborough**, and, as such, has declared a **Local State of Emergency**; and

WHEREAS, on March 23, 2020, the Governor of the Commonwealth of Massachusetts issued an Order Assuring Continued Operation of Essential Services in the Commonwealth, Closing Certain Workplaces, and Prohibiting Gatherings of More than 10 People (COVID-19 Order No. 13); and

WHEREAS, on March 23, 2020, the Governor of the Commonwealth of Massachusetts attached Exhibit A to the abovementioned COVID-19 Order No. 13, and Exhibit A specifies which business are considered essential, a copy of which is attached hereto; and



WHEREAS, Brophy's Fine Firearms is not a business providing essential services pursuant to Exhibit A of COVID-19 Order No. 13; and

WHEREBY, you are hereby ordered to immediately cease and desist from operating Brophy's Fine Firearms until such time as the Governor rescinds COVID-19 Order No. 13.

This order is issued pursuant to the Board of Health's emergency powers pursuant to Massachusetts General Laws, Chapter 111, Sections 30, 104, and 122; 105 CMR 400.200(B), and 310 CMR 11.05.

If you are aggrieved by this order, you have the right to request a hearing before the Board of Health. This request must be made by either the owner of Brophy's Fine Firearms or an authorized agent of Broppy's Fine Firearms, in writing, and filed with the Board of Health within seven (7) days after the date this Order was served or actually received. Any affected party has the right to appear at said hearing.

Failure to comply with this order may result in additional penalties as permitted by law, including but not limited to, the filing of a complaint in District or Superior Court and any emergency court order(s) issued pursuant to any such complaint.

Signed by:                                                    Date:

_____                      4/9/2020
Robert E Buker REHS/RS, CHO
Health Officer
Town of Middleborough