# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michael McCarthy, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:20-cv-10701-DPW |
| | ) | |
| | ) | |
| Charles D. Baker, in his Official Capacity as Governor of the Commonwealth of Massachusetts, et al., | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| Cedrone, LLC d/b/a Shawsheen Firearms, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:20-cv-40041-DPW |
| | ) | |
| | ) | |
| Charles Duane Baker, in his Capacity as Governor of the Commonwealth of Massachusetts, et al., | ) | |
| | ) | |
| Defendants | ) | |

<u>Affidavit of Michael Dufresne</u>

1. I am a member of the Ashfield Rod & Gun Club.

2. I am a member of the Board of Directors for the Ashfield Rod & Gun Club.

3. I am the head of the range committee for the Ashfield Rod & Gun Club.

4. Neither myself nor the Ashfield Rod & Gun Club are parties the above named suits.

5. The Ashfield Rod & Gun Club is located at 161 North St., Plainfield, MA 01070.

6. This affidavit is being provided to provide information for the Court.

7. The Ashfield Rod & Gun Club is situated on 110 acres of land.

8. The shooting facilities are all located outdoors.

9. The shooting facilities are built such that proper social distancing can occur while individuals are shooting.

10. The shooting benches in attached photographs provide for shooting stations a minimum of six feet apart.

11. Should Ashfield Rod & Gun Club be allowed to reopen, proper social distancing would occur.

12. Ashfield Rod & Gun Club would adhere to all health, safety and social distancing guidelines should it be allowed to reopen.

Signed under the pains and penalties of perjury this 13th day of May, 2020.

Michael Dufresne

2







