# EXHIBIT C



PRODUCTS    SERVICES
BUILD YOUR RANGE
WARRANTY    CONTACT

🔍 | 🛒 STORE

**PRODUCTS**

BULLET TRAPS

SHOOTING STALLS

RANGE CONTROL

CLEARING TRAPS

SAFETY BAFFLES

SOUND ABATEMENT

VENTILATION

AUTOTARGETS

Products › Commercial Range Products › Ventilation › Purge Ventilation System

## PURGE VENTILATION SYSTEM

A purge system draws air from the atmosphere, introduces it into the range, filters the air, and then releases cleaned air back into the atmosphere. Purge systems use prefilters that are changed monthly and HEPA filters that are changed every 2,400 hours.



 **Clean**
Range air is cleaned from lead dust before being reintroduced to the range or

 **Air Flow**
Downrange air flow keeps the range comfortable by moving particulates away

released back into the atmosphere.

from the shooter's respiratory zone.



**Climate Control**
Systems adapt to changing environmental conditions to maintain required air speed and pressure conditions.



# CLEAN AND EFFICIENT SHOOTING RANGE VENTILATION

**1. SYSTEM CONTROL**
Available digital and analog systems give you control over the ventilation system and provide remote access for service and maintenance.

**4. RANGE EXHAUST FAN**
The range exhaust fan (REF) filters contaminated air to keep the area around the range clean, exceeding OSHA, EPA, and NIOSH requirements.

**2. LAMINAR DIFFUSION**
Clean air is introduced into the range behind the shooting line. A radial diffuser ensures the air is evenly distributed.

**3. AIR FLOW**
Negative air pressure draws hazardous dust safely away from the shooter toward the bullet trap at a rate of 75 feet per minute, exceeding minimum NIOSH standards. It then enters an advanced filtration system for a final cleaning process.

**5. MAKE UP AIR UNIT**
The make up air unit (MAU) draws and filters air from the atmosphere and introduces it into the range. Units are available in either heating only or heating and evaporative cooling options.



# ADVANCED SYSTEM CONTROL

Action Target ventilation systems are equipped with a powerful system control that provides everything necessary to keep the system running at peak condition. The digital touch screen provides local and remote access to system status, filter status,

temperature control, system warnings, alarms, and more.



## RELIABLE FILTRATION

Action Target ventilation systems provide the best filtration on the market, keeping the inside and outside the shooting range clean and safe. When used properly, our HEPA filters provide 99.97% efficiency and exceed OSHA, EPA, and NIOSH requirements. Purge systems use a combination of a prefilter and HEPA filter.

Learn more >

The Action Target Store is the source for these quality ventilation filters. Call 1.800.779.0182 or visit Shop.ActionTarget.com.



GO TO STORE

**RELATED PRODUCTS**



Recirculating Ventilation System

| BUILD RANGE | PRODUCTS | SERVICES | TRAINING | ABOUT |
|---|---|---|---|---|
| Build Your Range | All Products | Services Overview | Action Target Academy | Company Overview |
| Testimonials | Commercial Range Products | Range Supplies | Law Enforcement Training Camp (LETC) | Management Team |
| Range Installs | LE & Military Products | Portable Steel Targets | Seminars | Blog |
|  | Catalog Library | Dealer Programs |  | Contact |
|  |  |  |  | Careers |

✉ EMAIL    ☎ 888-377-8033    ◉ LOCATE

🛒 STORE       

© 2020, ACTION TARGET | PRIVACY POLICY | TERMS OF USE