# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michael McCarthy, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | Civil Action No.: 4:20-cv-10701-DPW |
| Charles D. Baker, in his Official Capacity as Governor of the Commonwealth of Massachusetts, et al., | ) | |
| Defendants | ) | |
| Cedrone, LLC d/b/a Shawsheen Firearms, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | Civil Action No.: 4:20-cv-40041-DPW |
| Charles Duane Baker, in his Capacity as Governor of the Commonwealth of Massachusetts, et al., | ) | |
| Defendants | ) | |

Affidavit of William Lewis

1. I am the President of the Hardwick Rod & Gun Club

2. Neither myself nor the Hardwick Rod & Gun Club are parties the above named suits.

3. The Hardwick Rod & Gun Club is located at 59 Thresher Rd., Hardwick, MA 01037.

4. This affidavit is being provided to provide information for the Court.

5. The Hardwick Rod & Gun Club is situated on 259 acres of land.

6. The shooting facilities are all located outdoors.

7. The shooting facilities are built such that proper social distancing can occur while individuals are shooting.

8. The shooting facilities in attached photographs provide for shooting stations a minimum of six feet apart.

9. Should Hardwick Rod & Gun Club be allowed to reopen, proper social distancing would occur.

10. Hardwick Rod & Gun Club would adhere to all health, safety and social distancing guidelines should it be allowed to reopen.

Signed under the pains and penalties of perjury this 13th day of May, 2020.



William Lewis



