## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Michael McCarthy, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:20-cv-10701-DPW |
| | ) | |
| | ) | |
| Charles D. Baker, in his Official Capacity | ) | |
| as Governor of the Commonwealth of | ) | |
| Massachusetts, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | | |
| | | |
| Cedrone, LLC d/b/a Shawsheen Firearms, | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:20-cv-40041-DPW |
| | ) | |
| | ) | |
| Charles Duane Baker, in his Capacity as | ) | |
| Governor of the Commonwealth of | ) | |
| Massachusetts, et al., | ) | |
| | ) | |
| Defendants | ) | |

## CEDRONE PLAINTIFFS' MOTION TO WITHDRAW OPPOSED RENEWED APPLICATION FOR INJUNCTIVE RELIEF

NOW COME the Plaintiffs in the case of Cedrone, LLC d/b/a Shawsheen Firearms, et al., v. Charles Duane Baker, in his Capacity as Governor of the Commonwealth of Massachusetts, et al., who respectfully move to withdraw their renewed application for injunctive relief.  As grounds therefore, Plaintiffs state as follows:

1) On Monday, May 18th, 2020, the defendant, Charles Duane Baker, promulgated new

regulations regarding business operations during the ongoing Covid-19 pandemic;

2) As part of these new regulations, shooting ranges inside the Commonwealth were permitted to resume operations;

3) As a result, the issue is now moot and no longer requires a judicial resolution.

## CONCLUSION

WHEREFORE, based on the foregoing, and other such arguments as may be advanced at time of hearing, Plaintiffs respectfully request this Honorable Court grant their motion to withdraw their opposed renewed application for injunctive relief, and all other relief this Honorable Court deems just and proper.

Dated:  May 20, 2020

<div style="margin-left:40%">

Respectfully submitted,
The Plaintiffs,
By their attorney,

/s/ *Andrew J. Couture*_____
Andrew J. Couture, Esq. BBO # 671193
Law Office of Andrew J. Couture
81 Merriam Avenue
Leominster, MA 01453
Tel: (978) 502-0221

</div>

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 20, 2020.

<div style="margin-left:50%">

 /s/   *Andrew J. Couture*
Andrew J. Couture

</div>

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>

I, Andrew J. Couture, certify that I have complied with the requirements of Local Rule

7.1, in that I have consulted with Counsel for the Defendants on this motion to withdraw

plaintiff's renewed application for injunctive relief, and that we are in agreement that withdrawal

is proper.

<div align="right">

<u>/s/ Andrew J. Couture</u>
Andrew J. Couture

</div>