UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS; et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS; and MAURA T. HEALEY, in her capacity as ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-40041-DPW |

**DEFENDANTS' NOTICE OF NO OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW REQUEST FOR ADDITIONAL INJUNCTIVE RELIEF**

Defendants, Governor Baker and Attorney General Healey, do not oppose the Plaintiffs' request to withdraw their motion for additional injunctive relief (Doc. No. 41). Defendants agree that the request for additional injunctive relief is moot based on COVID-19 Order No. 33 issued by the Governor on May 18, 2020. A true and correct copy of COVID-19 Order No. 33 is attached.

To the extent, if any, that the Court does not intend to grant the motion, Defendants are prepared to file the opposition brief that the Court previously ordered.

Respectfully submitted,

CHARLES DUANE BAKER, Governor of the Commonwealth of Massachusetts, and MAURA T. HEALEY, Attorney General of the Commonwealth of Massachusetts,

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Gary Klein
Gary Klein (BBO No. 560769)
Special Assistant Attorney General
Julia E. Kobick (BBO No. 680194)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2559
Julia.Kobick@mass.gov
Gary.Klein@state.ma.us

Dated: May 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

*/s/ Gary Klein*
Gary Klein