# United States District Court
## DISTRICT OF MASSACHUSETTS

Cedrone, LLC d/b/a Shawsheen Firearms,
Gun Owners of America, Inc.,
          Plaintiffs             )
                              )
                              )
                              )
v.                              )  Civil Action No.: 1:20-CV-40041-DPW
                              )
                              )
Charles Duane Baker, Jr., in his Capacity as   )
Governor of the Commonwealth of Massachusetts, )
          Defendant         )

## NOTICE OF CHANGE OF ADDRESS

Please take notice that my address has changed to 77 Merriam Ave., Leominster, MA 01453.

Respectfully submitted,
The Plaintiffs,
By their Attorney,

Andrew J. Couture, Esq. BBO # 671193
Law Office of Andrew J. Couture
77 Merriam Avenue
Leominster, MA 01453
Tel: (978) 502-0221