UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> *Defendants*. | CIVIL ACTION <br> NO. 1:20-cv-40041-DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of undersigned counsel for the Defendants in this matter.  No substitution of appearance is required under Local Rule 83.5.2(c) because other counsel with an appearance on file will continue to represent the Defendants.

Respectfully Submitted,

/s/ Gary Klein
Gary Klein
Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
Gary.Klein@state.ma.us

December 30, 2020

**Certificate of Service**

I certify that, on December 31, 2020, this document, filed through the Court's ECF system, has been sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  I further certify that this document will also be served as required by Local Rule 83.5.2(d).


/s/ Gary Klein
Special Assistant Attorney General